UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR21-137-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JUAN DE DIOS ALCARAZ-MARDUENO, ) | |
| ) | |
| Defendant. ) | |

<u>Offenses charged</u>:

1. Conspiracy to Distribute Controlled Substances

2. Possession with Intent to Distribute Methamphetamine and Possession with Intent to Distribute Fentanyl

3. Carrying a Firearm During and In Relation to a Drug Trafficking Crime

<u>Date of Detention Hearing</u>:   July 14, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds

DETENTION ORDER
PAGE -1

that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which exceeds ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant poses a risk of flight based on his history of failures to appear, noncompliance while under supervision, history of absconding from supervision, lack of immigration status, and outstanding, active warrants across jurisdictions for serious offenses. He has been charged with multiple ten-year mandatory minimum offenses and a five-year mandatory minimum consecutive offense, which provides an incentive to flee. Defendant has limited ties to the community, no stable employment, and no stable housing, all of which increase his risk of flight. Defendant is a danger to the community based on the nature of the alleged offense involving the possession and distribution of methamphetamine, heroin, and fentanyl and the alleged carrying of a firearm in relation to the drug trafficking crime; as well as his criminal history which includes convictions for assault. Defendant does not contest detention at this time.

4. There does not appear to be any condition or combination of conditions that will reasonably assure defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

DETENTION ORDER
PAGE -2

General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 15th day of July, 2022.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3