THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN DE DIOS ALCARAZ-MARDUENO,<br><br>Defendant. | CASE NO. CR21-0137-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to continue the trial date and the pretrial motions deadline. (Dkt. No. 22). Having thoroughly considered the relevant record, the Court GRANTS the motion for the reasons below.

Defendant was indicted for Conspiracy to Distribute Controlled Substances, Possession with Intent to Distribute Methamphetamine and Fentanyl, and Carrying a Firearm During and in Relation to a Drug Trafficking Crime. (Dkt. No. 1 at 1–3.) He was arraigned in July 2022, and trial is currently set for September 19, 2022. (Dkt. Nos. 8, 16.)

The parties move to continue trial to April 24, 2023, citing the need for additional time for counsel to effectively prepare for trial and review voluminous discovery, especially given that there are numerous defendants in related cases. (Dkt. No. 22 at 1–6.)

Based on the parties' representations, the Court FINDS the following:

1. The ends of justice served by granting this continuance outweigh the best interests of the

public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for counsel to prepare, taking into account the exercise of due diligence, would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow counsel the reasonable time necessary for effective preparation, reviewing discovery, and evaluating potential motions. 18 U.S.C. § 3161(h)(7)(B)(iv).

It is thus ORDERED that trial shall be continued to April 24, 2023. Any pretrial motions shall be filed no later than March 24, 2023. It is further ORDERED that the time between the date of this order and the new trial date is excludable time under 18 U.S.C. § 3161(h)(7)(A).

DATED this 3rd day of August 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE